UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES HEISE, *et al.*,

    Plaintiffs,

v.                                            Case No. 8:07-cv-1866-T-24 MAP

PETER JAMES PORCELLI II, *et al.*,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court on Plaintiffs Motion for Entry of Default as to Defendants Safe Harbor Foundation of Florida, Inc., Silverstone Financial LLC, and Silverstone Lending LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (Doc. No. 17.) Defendants Safe Harbor Foundation of Florida, Inc., Silverstone Financial LLC, and Silverstone Lending, LLC have failed to answer or otherwise respond to Plaintiff's complaint within period set forth in Rule 12 of the Federal Rules of Civil Procedure. As such, the Court directs the Clerk to enter a default against Defendants Safe Harbor Foundation of Florida, Inc., Silverstone Financial LLC, and Silverstone Lending, LLC.

    **DONE AND ORDERED** at Tampa, Florida, this 11th day of February, 2008.

                                                  /s/ Susan C. Bucklew
                                                 SUSAN C. BUCKLEW
                                                 United States District Judge

Copies to:
Counsel of Record