UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES HEISE, *et al.*,

    Plaintiffs,

v.                                                  Case No. 8:07-cv-1866-T-24 MAP

PETER JAMES PORCELLI II, *et al.*,

    Defendants.

_____/

**ORDER**

    This cause comes before the Court on Plaintiffs Istvan Zsigmond and Ilona Zsigmond's Notice of Voluntary Dismissal Without Prejudice. (Doc. No. 45.)  Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Istvan Zsigmond and Ilona Zsigmond's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

    **DONE AND ORDERED** at Tampa, Florida, this 27th day of May, 2008.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record