UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES HEISE, ET AL.,

      Plaintiff,

v().                                        Case No. 8:07-Civ-1866-T-24-MAP

PETER JAMES PORCELLI, ET AL.,

      Defendants.
_____/

## **O R D E R**

This cause comes before the Court on Defendant Thomas Clayton Little's and Defendant Southeast Advertising, Inc.'s Motions to Dismiss (Doc. Nos. 50--51). These Motions were considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Pizzo has filed his report recommending that the Defendants' Motions be denied. (Doc. No. 56). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 56) is adopted and incorporated by reference in this Order of the Court; and

    (2)    The Motions to Dismiss of Defendants Little and Southeast Advertising (Doc. Nos. 50--51), Inc. are **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of September, 2008.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record